# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH KEITH PADGETT,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 21-0016-CG-N |
| **JEFFERSON S. DUNN, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 10th day of December, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE