IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH KEITH PADGETT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 21-0016-CG-N ) |
| JEFFERSON S. DUNN, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 10th day of December, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE